996

**Dewey R. HAMMERLUND v. H. N. GREEN, M. J. Zimmerman, d. b. a. Truck Owners' Freight Company, Louis Takas, and John Kurko, Jr.**

No. 6401.

Circuit Court of Appeals, Sixth Circuit.

Oct. 9, 1933.

McConnell, Lind, Blackmore, Cory & Griffith, of Cleveland, Ohio, for appellant.

Kenneth H. Guild, of Cleveland, Ohio, for appellees.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**Arnold T. HANSEN, Libelant-Appellee, v. UNITED STATES of America, Respondent-Appellant.**

No. 107.

Circuit Court of Appeals, Second Circuit.

Dec. 4, 1933.

George Z. Medalie, U. S. Atty., of New York City (William E. Collins, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States.

Simone N. Gazan, of New York City, for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.

**HARNISCHFEGER SALES CORPORATION v. B. C. GEORGE & COMPANY.**

No. 6282.

Circuit Court of Appeals, Sixth Circuit.

June 6, 1933.

John W. Palmer, of Memphis, Tenn., and A. W. Coppin, of Milwaukee, Wis., for appellant.

Edgar Webster, of Memphis, Tenn., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**HERMITAGE LOAN CO. v. Dr. John A. VALLERY, Bankrupt.**

No. 6332.

Circuit Court of Appeals, Sixth Circuit.

Nov. 9, 1933.

W. C. Rodgers, of Memphis, Tenn., for appellant.

James L. Roulhac, of Memphis, Tenn., for appellee.

PER CURIAM.

Order of District Court affirmed.

**Robert L. HOLLIFIELD, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 7072.

Circuit Court of Appeals, Fifth Circuit.

Oct. 13, 1933.

Robert L. Hollifield, in pro. per.

Hal Lindsay and H. T. Nichols, Asst. U. S. Attys., both of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.